Before the Second Division, January 31, 1968

**No. P68/33.**—Sniafibres Corp. *v.* United States, protests 63/6290 and 65/25359 (New York).

Ford, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of nylon monofilament yarn similar in all material respects to that the subject of

*Chester Tricot Mills, Inc.* v. *United States* (56 Cust. Ct. 532, C.D. 2695), the claim of the plaintiff was sustained.